# United States Bankruptcy Court
## Northern District of Illinois
### Eastern    Division

In Re:  Calumet Industries, Inc.
)
)
)                Bankruptcy Case No.        90 B 03405
)
)
)
)
)
Debtor Calumet Industries, Inc.        )


## ORDER

    IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $ _1818.73_ to _Douglas L. Williams_ claimant in the above captioned case.

Last Four Digits of Claimant's Social Security Number or EIN __8663__.

_____
John D. Schwartz
United States Bankruptcy Judge

Dated: 6-23-04

Payment to be mailed to:
Douglas L. Williams
P.O. Box 331
Haughton, La. 71037

Rev. 11-19-03