# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In Re: Calumet Industries, Inc.  )
)
)
)  Bankruptcy Case No.    90 B 03405
)
)
)
)
)
Debtor Calumet Industries, Inc.  )

## ORDER

IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $ 1818.73 to BARRY A. SiRmAN claimant in the above captioned case.

Last Four Digits of Claimant's Social Security Number or EIN 0983.

John D. Schwartz
United States Bankruptcy Judge

Dated: 6-23-04

Payment to be mailed to:

BARRY A. SiRmAN
P.O. Box 597
PRiNCEtoN, LA.
71067

Rev. 11-19-03