# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In Re: Calumet Industries, Inc.    )
)
)       Bankruptcy Case No.     90 B 03405
)
)
)
)
)
Debtor Calumet Industries, Inc.    )

## ORDER

**IT IS HEREBY ORDERED** that the Clerk of the United States Bankruptcy Court is directed to pay $ 2,804.10 to Jerry Don Arnold claimant in the above captioned case.

Last Four Digits of Claimant's Social Security Number or EIN  9562 .

Dated: 6-28-04

John D. Schwartz
United States Bankruptcy Judge

Payment to be mailed to:

Jerry Don Arnold
P.O. Box 966
Haughton, LA 71037

Rev. 11-19-03