# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In Re: Calumet Industries Inc )
)
) Bankruptcy Case No.
) 90 B 3405
)
)
)
Debtor: Calumet Industries Inc

## ORDER

IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $1,453.75 to Bobby Joe Comer claimant in the above captioned case.

Last Four Digits of Claimant's Social Security Number or EIN 9660.

_[signature]_
John D. Schwartz
United States Bankruptcy Judge

Dated: 6-28-04

Payment to be mailed to:

Bobby Joe Comer
2919 MCR 3511
Jefferson, Texas 75657

Rev. 11-19-03