# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In Re: Calumet Industries, Inc.        )
                                        )
                                        )        Bankruptcy Case No.    90 B 03405
                                        )
                                        )
                                        )
                                        )
                                        )
Debtor Calumet Industries, Inc.        )

## ORDER

IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $ 1257.66 to Billy Ray Foster claimant in the above captioned case.

Last Four Digits of Claimant's Social Security Number or EIN 7299.

Dated: 6-28-04

John D. Schwartz
United States Bankruptcy Judge

Payment to be mailed to:

Billy Foster
105 Weaver Loop
Oil City LA. 71061

Rev. 11-19-03