# United States Bankruptcy Court
## Northern District of Illinois
### Eastern    Division

In Re:  Calumet Industries, Inc.

)
)
)        Bankruptcy Case No.      90 B 03405
)
)
)
)
Debtor  Calumet Industries, Inc.        )

### ORDER

IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay
$ _1364. 48_____ to _Paul B. Morace_____ claimant
in the above captioned case.

Last Four Digits of Claimant's Social Security Number or EIN __1286_.

John D. Schwartz
United States Bankruptcy Judge

Dated: 6/29/04

Payment to be mailed to:

PAUL B. Morace
1204 VIRginia Rd
HAughton. La
71037

Rev. 11-19-03