# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In Re: Calumet Industries, Inc.

Bankruptcy Case No. 90 B 03405

Debtor Calumet Industries, Inc.

## ORDER

**IT IS HEREBY ORDERED** that the Clerk of the United States Bankruptcy Court is directed to pay $ 935-03 to Grady Lee Jr. claimant in the above captioned case.

Last Four Digits of Claimant's Social Security Number or EIN 7927.

John D. Schwartz
United States Bankruptcy Judge

Dated: 6/29/04

Payment to be mailed to:

Grady Lee Jr.
9781 Hwy 157
Haughton La. 71037

Rev. 11-19-03