# United States Bankruptcy Court
## Northern District of Illinois
## Eastern Division

In Re: Calumet Industries, Inc.

)
)
)   Bankruptcy Case No.   90 B 03405
)
)
)
)
)
Debtor Calumet Industries, Inc.   )

### ORDER

IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $ _909.36_ to _Barry Wayne Kimble_ claimant in the above captioned case.

Last Four Digits of Claimant's Social Security Number or EIN _0594_.

_[signature]_
John D. Schwartz
United States Bankruptcy Judge

Dated: 6-29-04

Payment to be mailed to: Barry Wayne Kimble
1680 Leonard Rd
Shreveport, Louisiana 71115

Rev. 11-19-03