# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In Re: Calumet Industries, Inc. )
)
) Bankruptcy Case No.   90 B 03405
)
)
)
)
)
Debtor Calumet Industries, Inc. )

## ORDER

IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $ 6,298.96 to Billie B. Horton claimant in the above captioned case.

Last Four Digits of Claimant's Social Security Number or EIN 7749.

Dated: 7-6-04

John D. Schwartz
United States Bankruptcy Judge

Payment to be mailed to:

Billie B. Horton
9288 Hwy 157
Haughton, LA 71037

Rev. 11-19-03