# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In Re: Wilma Juanita Jabaay )
)
) Bankruptcy Case No.  90 B 03405
)
)
)
)
Debtor Calumet Industries )

**ORDER**

IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $ 1,534.18 to Wilma Juanita Jabaay claimant in the above captioned case.

Last Four Digits of Claimant's Social Security Number or EIN  7458 .

John D. Schwartz
United States Bankruptcy Judge

Dated: 11/16/04

Payment to be mailed to:

Wilma Juanita Jabaay
2990 W. Beamwood Drive
Beverly Hills, FL. 34465-3059

Rev. 11-19-03