UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                                     )
                                           )     Case No. 90-03405
CALUMET INDUSTRIES INC.                    )
                                           )     Chapter 7
                              Debtor       )

## ORDER

IT IS HEREBY ORDERED THAT the Clerk of the United States Bankruptcy Court is directed to pay $27,685.49 to Centerpoint Energy Resources Corp., claimant in the above captioned case.

Last Four Digits of Claimant's Social Security Number or EIN: xx-xxx1406

Dated: JUN 2 1 2005

John D. Schwartz
United States Bankruptcy Judge

Payment to be mailed to:

Centerpoint Energy Resources Corp.
c/o Federal Recovery, Inc.
P.O. Box 510
Novelty, OH  44072

Prepared by:

Natacha D. von Will, Attorney for
Federal Recovery, Inc.
Stone & Moore, Chartered
30 N. La Salle, Suite 4300
Chicago, IL 60602
Illinois Atty. No. 06284196
Tel. No. (312) 332-5656
Fax No. (312) 332-5858