UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: ) CASE NO. 90-03405
)
Calumet Industries, Inc. )
) Judge: John D. Schwartz
Debtor )
)

### ORDER TO WITHDRAW MONEY'S UNDER 28 U.S.C. SECTION 2024

### ON BEHALF OF THE CLAIMANT Martha Ann Hall Hargraves

IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $1,347.68 to Martha Ann Hall Hargraves (Social Security No. XXX-XX-6584) claimant, in the above captioned case.

Dated: JUL 14 2005

_____
UNITED STATES BANKRUPTCY JUDGE

Payment to be sent to:
The Financial Resources Group, Inc.
700 Mechem Drive, Suite 8B
Ruidoso, New Mexico 88345