**UNITED STATES BANKRUPTCY COURT**
Northern District of Illinois
Eastern Division

| | |
|---|---|
| In Re: | ) |
| | ) |
| Calumet Industries Inc. | ) Bankruptcy Case No. 90-03405 |
| | ) Leading Case No. |
| | ) |
| Debtor | ) |

**ORDER**

IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $2,661.06 to Ashland, Inc., claimant, c/o Dilks & Knopik, LLC, in the above captioned case.

Claimant's last four digits of Social Security number or EIN #: 2250

Dilks & Knopik, LLC's last four digits of EIN #: 9851

Dated: 7/26/07

John D. Schwartz
United States Bankruptcy Judge

Payment to be mailed to:
Ashland, Inc.
c/o Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027

ORIGINAL