## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re:                                   )
                                         )
    Calumet Industries, Inc.        )    Bankruptcy Case No. 90 B 03405
                                         )
Debtor                                   )
                                         )    Chapter 7
                                         )

### ORDER

**IT IS HEREBY ORDERED** that the Clerk of the United States Bankruptcy Court is directed to pay $1,983.86 to G. Tim Alexander, Jr., through the succession's attorney, G. Tim Alexander, III, claimant in the above captioned case.

Last Four Digits of Claimant's Social Security Number or EIN are 6798.

_____
John D. Schwartz
United States Bankruptcy Judge

**15 MAY 2008**

Dated: _____

Payment to be mailed to:

G. Tim Alexander, III
600 Jefferson Street, Box 86
Lafayette, Louisiana 70501